1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  **LEDAY**                 **MICHAEL**              **ML**

3        (Last)                    (First)                 (Initial)

4  Prisoner Number J-38351

5  Institutional Address SALINAS VALLEY STATE PRISON, P.O. BOX 1050

6                        SOLEDAD CA.93960-1050

7                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
   **MICHAEL D.LEDAY**
9  (Enter the full name of plaintiff in this action.)

10                      vs.                          Case No. _____
                                                    (To be provided by the Clerk of Court)
11  **I S U. , T.VARIZ,C/O GARCIA,**
                                                    **COMPLAINT UNDER THE**
12  **JOHN DOE 1,JOHN DOE 2,JOHN-**                 **CIVIL RIGHTS ACT,**
                                                    Title 42 U.S.C § 1983
13  **DOE 3,JOHN DOE 4,JOHN DOE 5,**

14  Lt; FREIS,SGT; SULLIVAN,I.S.U. SERGEANT
   (Enter the full name of the defendant(s) in this action)
15

16  *[All questions on this complaint form must be answered in order for your action to proceed.]*

17  I.     Exhaustion of Administrative Remedies.

18         [**Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement **SALINAS VALLEY STATE PRISON**

21         B.    Is there a grievance procedure in this institution?

22                     YES (**x**)    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25                     YES (**x**)    NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

COMPLAINT                              - 1 -

1. Informal appeal I gave a 602 to the building officer on 11/20/07 regarding the issue on 11/15/07,and I sent another 12/04/07.I never received the 1st 602 back and the 2nd 602 was not processed.

2. First formal level Appeals Coordinator would not allow exhaustion.

3. Second formal level Same as Above

4. Third formal level Same as Above

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO ( ) Same as Above

F.   If you did not present your claim for review through the grievance procedure, explain why. Appeals Coordinator ,Defendant T.Variz would not allow either 602 I filed to be Exhausted (See Exhibit A pp. 1-8 ).

II.   Parties.

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

Michael D.Leday,Salinas Valley State Prison,P.O.Box 1050,Soledad CA.93960 1050

B.   Write the full name of each defendant, his or her official position, and his or her place of employment.

T.Variz is being sued in his Official and Individual Capacity .
Lt; Frets,Sgt; Sullivan & I.S.U. Sgt; are being sued in their Official & Individual Capacity

COMPLAINT                          - 2 -

C/O **Garcia** is being sued in his Official and Individual Capacity

John Doe 1 is being sued in his Official and Individual Capacity

John Doe 2 is being sued in his Official and Individual Capacity .John Doe

3,is being sued in his Official and Individual Capacity .John Doe 4 is

being sued in his Official and Individual Capacity, **I.S.U. is** being sued

in their Official and Individual Capacity. **Defendants are employed at SVSP.**

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each

defendant is involved and to include dates, when possible. Do not give any legal arguments or

cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

separate numbered paragraph.

1.   On **November** 15,2007, at approximately **1030 hours** Plaintiff was

removed from **general population** at **SVSP** and I was forced to walk in

shower slippers that broke,leaving me in my bare feet taken  and placed

in leg restraints and my hands were shackled to my waist.

2    While in shackles,I was placed in a cold room used for **Potty Watch**

(Potty watch is a room to allow Plaintiff to defecate in a bucket,while

shackled with handcuffs and chains).

3.   I was deliberately forced to sleep shackled like an animal for **24**

**hrs a day**,for approximately two straight days.(I could not sleep).

4.   I wasn't given eating utensils and I had to get on my knees and

lick the food from my eating tray like a dog.I complained to the officers

about how I was being treated and that I haven't been written up nor

violated any rules,but got no response.**(Continue on page "5")**

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly

what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Plaintiff seeks Monetary Damages as follows: 7 million in Compensatory

damages,from  defendants,each  of  them jointly  and  severally

liable.Also,separate punitive damages from each defendant as follows: 2

COMPLAINT                               - 3 -

Hundred fifty thousand from Def; T.Variz. $ 250,000 from DEF; Garcia.
$ 250,000 from Def; John Doe 1,$ 250,000 from John Doe 2, $ 250,000 From
Def;John Doe 3, $ 250,000 from Def; John Doe 4, $ 250,000 from John Doe 5,
and $ 250,000 from Def; I.S.U.-Defendants are all employed at S.V.S.P.

them jointly,for Intentional infliction of Emotional distress . Attorney Fee's/Suit Cost

I declare under penalty of perjury that the foregoing is true and correct.


Signed this __3rd__ day of __July__ _____, 20_08_



_____
(Plaintiff's signature)


**COMPLAINT DRAFTED BY THE FOLLOWING PRISONER:**


_____
**JOSEPH NICHOLS IS THE JAILHOUSE LAWYER**


COMPLAINT                                    - 4 -

5.   I was forced to **Defecate** into a bucket while shackled and was not allowed    to    wash    my    hands.This    procedure    was **inhumane,demoralizing,animalistic,torturistic,and unsanitary**

(   Plaintiff was totally traumatized an **Humiliated** by the above **alleged experience** and suffered intentional infliction of emotional distress.Also,because of the waist chains and handcuffs,I could not Sleep in the position I was forced to sleep,nor could I use the cover for sleeping.

7.   The amount of toilet paper provided to me was so small,that when Plaintiff used it,my fingers went through it and I got **defecation on my fingers**.

8.   Then I was brought my food tray.

9.   Plaintiff was kept shackled like this for **24 hours** straight for approximately **2 days in a row**,which is **cruel and unusual punishment**.For almost **two days** Plaintiff was denied access to any water to drink,or wash his hands with nor was Plaintiff (A Muslim of Al Islamic Faith) allowed to obligatory washing for prayers that must be done **five times a day** and to wash before eating as is required in the **Religion of Al Islam**,by the commands of **Allah (God)**thru **Allah's Prophet,Muhammad.(S.A.W.)**.

10.   Plaintiff never received a **Disciplinary 115,rules violation report**.As a Result,Plaintiff has suffered an **A Typical Significant Hardship** due to the actions of the **Defendants'**.

11.   Plaintiff did file **Two 602's**,as to the alleged above concerns,but,the **Appeals Coordinator** intentionally and deliberately **Obstructed and hindered** Plaintiffs rights to exhaust his grievance.


**DENIAL OF PROCEDURAL DUE PROCESS.**

12.   Plaintiff was **NEVER** told what he was being **Punished and tortured**

5

for,so Plaintiff wrote a 602 and gave it to the building officer on November 17,2007.(See Exhibit A pp. 1-8 ). This is a Copy of the 602 sent.[3]Plaintiff sent another 602 because he never got the first 602 back.(See Exhibit A pp. 1-3 ).Also, and the Appeals Coordinator would not process Plaintiffs second 602 ,irregardless of Plaintiffs explanation.(See Exhibit A pp. 4-8 ).

13.    Defendants simply took Plaintiff without provocation from Plaintiff, as Plaintiff was being manhandled to the Defendants destination (Potty Watch Location).Defendants **I.S.U. John Doe's 1,2,3,and** 4,[2]all participated in the above alleged statements,paragraphs 1-11.

14.    **Appeals Coordinator,T-Variz** deliberately,intentionally and Maliciously Obstructed and Hindered Plaintiffs **Procedural Due Process.**

15. **Plaintiff** filed a timely appeals 602,but because CDC has a **Defective** Mailing procedure, and because **T-Variz** is in the habit of illegally screening out 602 appeals,irregardless of reasonable and rational explanations from Plaintiff,**Defendant, T-Variz, will not allow 602 Exhaustions.This denial by T. Variz may be proved by CDC Records regarding 602 appeals filed by Plaintiff and other inmates.**

16    As a result of **Defendant T.Variz's** callous disregards towards Plaintiffs Procedural Due Process rights,Plaintiff could not fulfill exhaustion requirements.Nor would **T-Variz** provide the names of the office rs who were involved in **the Cruel and unusual punishment upon Plaintiff.( See Exhibit A p.3 ).**

### RETALIATION BY DEFENDANT T.VARIZ DURING 602 PROCEDURES

### IS DELIBERATE INDIFFERENCE

17.    Defendant **T.Variz,"Retaliated"** against Plaintiff when Variz intentionally failed to allow Plaintiff to **exhaust** his **two filed 602's.**

---

2/ and"5".
3/ AFTER HIS SecoNO ATTEMPT OF SeNDING The 602 BACK,

6

18.   Plaintiff filed his first 602 on 11/20/07.The 602 was received back on 11/23/07 from the appeals coordinator with BYPASS Stamped 4 times.Plaintiff then sent the 602 back to the appeals coordinator on 11/25/07 and never received the 602 back from the appeals coordinator.(See Exhibit A pp.1-3, "Copy of 602").

19.   Plaintiff accidently filed two 602's to the appeals coordinator,one on 11/20/07 and Plaintiff filed another 602 on 12/4/07 (See Exhibit A pp 4-8) Plaintiff stated on the back of the Permanent Appeal Attachment that the appeals coordinator did Retaliation.Defendant ,T Variz is the Appeals Coordinator who's responsible for the failure to allow Plaintiff to exhaust,and did so to prevent and obstruct court access,to protect Defendants from liability.

20.   None of the Supervising Officers/Defendants such as Lt; Frets,Sgt,Sullivan and the I.S.U. Sgt; prevented the Cruel and Unusual Punishment,but,in fact authorized it,never once intervening nor following the rules of CDC for Disciplinary Methods.

FIRST AMENDMENT VIOLATION OF PLAINTIFFS RELIGIOUS RIGHTS.

21.   During the Plaintiffs stay in Potty Watch Defendants John Doe 1,John Doe 2,John Doe 3 and John Doe 4, violated Plaintiffs religious rights by not allowing Plaintiff to make Wudu (Clean up for prayer).Nor did they allow Plaintiff to do his five daily prayers for two days.Defendants subjected Plaintiff to cruel and unusual punishment in the violation of Plaintiffs First Amendment Rights to perform Plaintiffs Religious responsibilities.

22.   The malicious and callous behavior Deliberate Indifference to Plaintiffs First Amendment Rights to practice Plaintiffs Religion by Defendants Officer Garcia,John Doe 1,John Doe 2,John Doe 3,John Doe 4,and John Doe 5,and Supervisors caused Plaintiffs to suffer Intentional Infliction of Emotional Distress and the deprivation of practicing his religion.

CLAIMS FOR RELIEF

23. The actions of Defendants **Supervisors Lt. Frets,Sgt; Sullivan,**and **I.S.U. Sgt; violated CDC's Procedural Due Process** under **Disciplinary Methods** and the **14th Amendment,** causing **"A Typical Significant Hardship** "when Defendants allowed and ordered subordinate officers to commit **Cruel and Unusual Punishment** upon Plaintiff,thus subjecting the Plaintiff to **Cruel and Unusual Punishment,**when Plaintiff was forced to do **Potty Watch,**knowing that Plaintiff was not provided any **Disciplinary violation,**to justify their actions upon Plaintiff.

24. The actions of Defendants **I.S.U., Garcia ,John Doe 1,John Doe 2,John Doe 3,John Doe 4,John Doe 5,Lt; Frets,Sgt; Sullivam,**and **I.S.U. Sgt;,to commit "Cruel and Unusual Punishment"** against and upon Plaintiff without need or provocation,or in failing to prevent the **Cruel and Unusual Punishment,**were done **Maliciously and Sadistically** and constituted Cruel and Unusual Punishment in violation of the Eighth Amendment of the United State Constitution.

25. The Actions of Defendants **Garcia,I.S.U.,Lt; Frets,Sgt; Sullivan,I.S.U. Sgt;, John Doe 1-5,** in their acts and omissions in the use of **Cruel and Unusual Punishment** against Plaintiff without need or provocation,or in failing to **intervene** to prevent the **Cruel and Unusual Punishment,** were done **Maliciously and Sadistically** in violation of Plaintiffs **First Amendment Rights** to **Practice Plaintiffs Religious Requirements,under** "RLUIPA".

26. The failure of Defendant **T-Variz** to allow **Exhaustion** of Plaintiffs **602's** to **Obstruct and or Hinder** Plaintiffs Constitutional rights to Court access,constituted **Deliberate Indifference,**were done maliciously and sadistically,in violation of Plaintiffs Procedural Due Process Rights under the Constitution.

27. A **Defective Mailing System for CDC** which prevents or fails to allow **Officers** to **Sign for 602's** as Plaintiffs provides the **602** to Building Officers when officers receive the **602** from Plaintiff at Plaintiffs Cell door,**results** in a **defective 602 mailing system**.So when Building Officers receive the 602's

8

and   loses ,misplace ,and   or   602's   don't   make   it   to   the   Appeals
Coordinator ,Plaintiffs   rights   for   **602 Exhaustion**   is   violated   and   CDC   is
Liable under the **Constitution**.

28.   The **Intentional "Retaliation"** by Defendant **T.Variz** upon Plaintiff by
**T.Variz's** failure to adequately respond and process Plaintiffs 602 and because
Plaintiff intends to bring future court actions against **Def; T.Variz** and the
above defendants violates the Constitution and violated **Procedural Due Process**
,under **CDC Rules and the 14th Amendment**.

I **declare under the penalty of perjury that the foregoing is true and correct** .
**Signed this** ___3.rd___ **day of** ___July___ ,2008

**DRAFTED** BY JAILHOUSE LAWYER
JOSEPH NICHOLS IN BEHALF OF
PLAINTIFF **MICHAEL D.LEDAY**.

*Joseph Nichols*

**JOSEPH NICHOLS / JAILHOUSE LAWYER**

RESPECTFULLY SUBMITTED

MICHAEL D. LEDAY / PLAINTIFF

9





STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. | | 1. | | |
| 2. | | 2. | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken or using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Leday Mikal | J38351 | Kitchen | D7-213 |

A. Describe Problem: This 602 is about the Contraband Watch Procedures that is being used here at S.V.S.P. and how I suffered Cruel and Unusual Punishment in violation of my constitutional Rights under the 8th Amendment. On November 15,2007 at approximately 1030 hours I was placed in leg restraints, and my hands was shackled to my waist for the duration of my stay. I was even deliberately forced to sleep shackled like an animal, 24 hours a day, for approximately two days straight. I wasn't given a eating utensil; I had to get on my knees and lick the food from my tray like a dog. This procedure that's being used inhumane, demoralizing, animalistic, and unsanitary. I have been traumatized by this

you need more space, attach one additional sheet.              See the Attached Sheet

B. Action Requested: I want the Contraband Watch procedure that's being used at S.V.S.P to be changed to where it is more Humane, sanitary, less traumatic and Religion friendly. (2) I want CDC to compensate in the form of Compensatory, Punitive and Intentional infliction of emotional distress and the violation of my Religious Rights under the (See page 3).

Inmate/Parolee Signature: _Leday_                              Date Submitted: 11/20/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: Returned _____

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____ Date Submitted: _____

Second Level     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

2

experience.I was forced to **defecate** into a bucket while shackled and was not allowed to wash my hands.The amount of toilet paper provided to me was so small,that when used,my finger went straight through it,THEN,I WAS BROUGHT MY FOOD TRAY! Keeping an inmate shackled like this,for 24 hours straight for approximately two days in a row,is **cruel and     unusual punishment**,even though I had not been found guilty of any rule violation or crime.For almost two days,I was denied access to any water to drink or to wash my hands with.

CDC,also violated my religious beliefs under the **first Amendment**,by preventing me from performing my **Daily Five Prayers,Wudu,and preparations for eating as required in the religion of Al Islam.**

## −CON'T "ACTION REQUESTED"

**First   Amendment.**Appellate   seeks   a   monetary   award   of   $ **10,000,000 Dollars. Also,I "Request the Names of all the I.S.U. Officers involved** in the situation on **November 15,2007, for future Court Litigation,and names of all officers involved.**

Respectfully Submitted:

Mikal LeDay

3

State of California.                                                     Department of Corrections and Rehabilitation

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: **Leday**    CDC #: **J 38 35 1**    CDC HOUSING: _____

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR

RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

## PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken                     [ ] Requested Appeal Withdrawn

[ ] Duplicate Appeal; Same Issue                       [ ] Appeal Previously Received and Processed

[ ] Appealing Action Not Yet Taken                     [ ] Incomplete 602 – Complete Next Appropriate Section

[ ] Incomplete Appeal – Documents Not Attached         [ ] Incomplete 602 – Sign and Date Appropriate Section

[X] Time Constraints Not Met                           [ ] Limit of One Continuation Page May Be Attached

[ ] Cannot Submit On Behalf Of another Inmate          [ ] Incomplete Disciplinary Appeal – Missing Documents*

[ ] Appeal Process Abuse – Inappropriate Statements    [ ] Incomplete Property Appeal – Missing Documents*

[ ] No Significant Adverse Effect Demonstrated         [ ] Failed to Provide Necessary Copies of Chrono(s)*

[ ] Action / Decision Not Taken By CDCR                [ ] Appeal Process Abuse – Pointless Verbiage

[ ] Action Sought Is Under Sentencing Court Jurisdiction   [ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Submit Issue to Assigned Parole Office             [ ] Attempting to Change Original Appeal Issue

[ ] Appeal Matter to VCGCB                             [ ] Not Authorized to Bypass Any Level

[ ] DRB Decisions Are Not Appealable                   [ ] Appeal Issue & Reasonable Accommodation Not 1824

[ ] Request for Interview; Not an Appeal               [ ] Do Not Combine Staff Complaints with Other Issues

[ ] More than one issue –one issue per appeal

[ ] NO ATTEMPT AT INFORMAL RESOLVE                     [ ] Emergency Not Warranted-CCR 3084.7

[ ] **Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health**

**Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.***

## PLEASE ATTACH AS NOTED BELOW:

[ ]    CDC 115/Hearing Officer's Results          [ ]    CDC 128C Medical Chrono
[ ]    CDC 115 with IE/DA information             [ ]    CDC 1819 Denied Publications
[ ]    Supplemental Reports to CDC 115            [ ]    CDC 128 A
[ ]    CDC 1030 Confidential Disclosure           [ ]    CDC 128 B
[ ]    CDC 114D Lockup Order                      [ ]    CDC 143 Property Transfer Receipt
[ ]    CDC 128G ICC/UCC                           [ ]    Cell Search Slip
[ ]    CDC 128G CSR Endorsement Chrono            [ ]    Receipts
[ ]    CDC 839/840 Class/Reclass Score Sheet      [ ]    Qtr. Pkg. Inventory Slip  REC'D DEC 1 4 2007
[ ]    CDC 7219 Medical Report                    [ ]    Trust Account Statement
[ ]    **Other: SEE COMMENTS BELOW**              [ ]    Property Inventory Receipt

① Comments:  You may write on back of this form to clarify or respond to the above.

Appeal is rejected as late. C/you have 15 days from an
event or decision in which to appeal. ② Also,
you are required to fill out Sections A and B
and then use a Continuation page —

T. Variz, Correctional Counselor-II

**Appeals Coordinator**
**Salinas Valley State Prison**                     Date: **12-7-07**

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on
a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*
Please return this form to the Appeals Coordinator with the necessary information attached.

4

Today's date is 12/17/07 to the response on reverse side,as follows:
On 11/20/07 I sent your office a 602.I then inadvertently sent you another
602,because I had forgotten that I had sent you the previously filed 602
on 11/20/07.I need you to exhaust this 602 so that I may further Court
action when exhaustion is over.

Dated: 12/17/07  Signed: _____
Michael Leday

On 12/24/07 the appeals coordinator returned the 602 I sent on 12/17/07
without  a response,impeding and hindering my rights to exhaust.(Retaliation)

Dated: 12/24/07   Signed : _____
Michael Leday

5

page 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region       Log No.                     Category

1. _____        1. _____        ⌐⌐

2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
|      |        |            |                  |

A. Describe Problem: ___This 602 is about the Contraband Watch Procedures that is being used here___
___at S.V.S.P, and about how this Contraband Watch Procedures Violated my Constitutional, and___
RECD DEC 07 2007
my Civil Rights. _____

_____

(CONTINUATION ON ADDITIONAL SHEET ATTACHED)

_____

If you need more space, attach one additional sheet.

B. Action Requested: _____

(CONTINUATION ON ADDITIONAL SHEET ATTACHED)

_____

Inmate/Parolee Signature: ___Cek Day___                          Date Submitted: __12·04·07__

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____                RET'D DEC 14 2007

_____

_____

_____

Staff Signature: _____                Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

# CONTINUATION FROM THE APPEAL FORM

## A. DESCRIBE PROBLEM:

On November 15, 2007 at approximately 1030 hours I was placed on Contraband Watch. While being there, I was treated as if I was a caged animal. I was placed in leg restraints, and my hands was shackled to my waist for the duration of my stay. I was even forced to sleep shackled like an animal, 24 hours a day, for approximately two days straight. I wasn't given a eating utensil; I had to get on my knees and lick the food from my tray like a dog. This procedure that's being used is inhumane, demoralizing, animalistic, and unsanitary. I have been traumatized by this experience. I was forced to defecate into a bucket while shackled and was not allowed to wash my hands. The amount of toilet paper provided to me was so small, that when used, my finger went straight through it, THEN, I WAS BROUGHT MY FOOD TRAY! Keeping an inmate shackled like this, for 24 hours straight for approximately two days in a row, is cruel an unusual punishment, even though I had not been found guilty of any rule violation or crime. For almost two days, I was denied access to any water to drink or to wash my hands with.

## B. ACTIONS REQUESTED:

I want the Contraband Watch procedure that's being used at S.V.S.P. to be changed to where it is more humane, sanitary and less traumatic.

I want to be compensated for the violation of my civil rights, i.e., keeping me in restraints 24 hours a day for approximately two days in a row , depriving me of water for approximately two days straight, forcing me to eat under unsanitary conditions and forcing me to eat like an animal.

I want a copy of S.V.S.P. Contraband Watch procedure.

INMATE NAME: LEDAY       CDC#: J-38351    DATE SUBMITTED: 12·04·07

## DECLARATION OF MICHAEL D.LEDAY

I,**Michael D.Leday**,do declare under penalty of perjury the following:

1.  I am the **Plaintiff** in the above entitled complaint,42 § 1983.

2.  I am having to rely upon **jailhouse lawyers** to aide me with this complaint due to inadequate law library time,lack of knowledge of civil litigation,and the need to have trained attorney's and or assistance.

3.  I did suffer **Cruel and unusual Punishment** and was **innocent** of any wrong doing.I never received a disciplinary 115,nor 128 for any rules violations to warrant Cruel and Unusual Punishment,nor did I deserve to be placed under suspiciion to suffer the **A typical significant hardship** I suffered.

4.  That everything stated in the Complaint is true and correct to the best of my knowledge and more.

5.  That I submitted 2 appeals to the floor officers to be sent to the Appeals Coordinator,on the dates of **11/20/07 which I received back by the appeals coordinator on 11/23/07** to exhaust and to get signatures with the **4 By Pass** stamped on the 602.(See Exhibit A pp. 1-2)

6.  I never received the 1st 602 back.I inadvertently sent another 602 on **12/04/07** and the appeals coordinator stated I did not meet time constraints and deliberately would not allow the first and second 602's to be exhausted.(See Exhibit A pp 4-8).

7.  I have suffered the intentional infliction of emotional distress by the defendants thru the Cruel and Unusual Punishment.

8.  I was denied my religious rights

9.  My family has suffered infliction of emotional distress due to the unseemly,cruel and unusual behaviour of the Defendants.

I declare under penalty of perjury that the foregoing statements are true and correct by the laws of the State of California.

I                          This Declaration Drafted by:          Respectfully Submitted By;

Dated: 6/20/08

Joseph Nichols/Jailhouse Lawyer      Michael D.Leday/Declarant

9

## DECLARATION OF JOSEPH NICHOLS / JAILHOUSE LAWYER

6/20/08

I, **JOSEPH NICHOLS**, do declare under the penalty of perjuty the following:

1. I am in prison at Salinas Valley State Prison, at the time of this Declaration.

2. I am the **Jailhouse Lawyer** who **"Articulated, Drafted and addressed** the concerns stated in the attached Complaint, 42 § 1983, for Plaintiff **Michael D. Leday.**

3. The Plaintiff asked me to Draft his Complaint, 42 § 1983, and I did.

4. The law library here at **S.V.S.P** is without consistency, in that, the Law Library Personnel Employee can't open the Law Library on a 1 to 2 times a week basis, extremely impeding, hindering and obstructing Law library research and other court neccessities.

5. Due to lack of law library time, all prisoners and jailhouse lawyers either have too little time to aide each other or not time at all to meet each other at the law library.

6. Due to the Extraordinary Circumstances, of lack of adequate time allowed for law libary, and lack of law library staff I cannot adequately and competently research, investigate the Defendants and or make meaningful motions for credibility concerns of defendants background for a history of misconduct revelant to the facts of the above complaint. Other case factors are listed in the case of **Montgomery v Pinchak** 294 F 3d 492, 499 (3rd Cir. 2002).

8. Also, SVSP is notorious in violating legal mail to prevent Civil Litigation of CDC Employee's to prevent court access, to prevent employee liability. My legal mail has been illegally opened on many ocassions. I've even had officers throw away Court Documents such as **Summons, and 602's**.

9. If necessary, I will provide several violations of my legal mail, where

10

the SVSP Mailroom Staff stamped **"O.I.E."** **on the outside of the legal mail
envelope.This is something most Appointed attorney's have no bother with.**

I declare under the penalty of perjury that the foregoing statements are true
and correct by the State of California.

Dated:  07/3/08                                              RESPECTFULLY SUBMITTED

                                                            *Joseph Nichols*
                                                            JOSEPH NICHOLS
                                                            JAILHOUSE LAWYER

**VERIFICATION**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, MICHAEL D. LEDAY _____ declare under penalty of perjury that: I am the Plaintiff _____ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **3rd** day of **July** _____, 20 08 ____, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _____

DECLARANT/PRISONER

— — — — — — — — — — — — — — — — — — — — — — — —

## PROOF OF SERVICE BY MAIL

I, _Joseph Nichols_ _____, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On **July 3rd** _____, 2008 ____, I served the foregoing: REQUEST FOR APPOINTMENT OF COUNSEL,

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT,42 U.S.C. §§§ 1983**

**AND EXHIBIT**

-------------------------------

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT**

**U.S. COURTHOUSE/450 GOLDEN GATE AVENUE**

**SAN FRANCISCO,CA 94102-3483**

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **July 3rd** _____, 20**08** ____

_____

DECLARANT/PRISONER

LEGAL MAIL ONLY

MICHAEL LEDAY J - 38351, 07 - 212
SALINAS VALLEY STATE PRISON
P.O. BOX 1050, SOLEDAD CALIFORNIA
93960 - 1050

RECEIVED

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURT HOUSE, 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102-3483

RD   7/6/08

MICHAEL LEDAY J-38351, DJ - 212
SALINAS VALLEY STATE PRISON
P.O. BOX 1050, SOLEDAD CA.
93960 - 1050

STATE PRISON
GENERATED MAIL





LEGAL MAIL ONLY



To: UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   450 GOLDEN GATE AVENUE
   SAN FRANCISCO, CA. 94102-3483