**FILED**
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

MICHAEL D. LEDAY

　　　　Plaintiff,

vs.

I.S.U. et; al.

　　　　Defendant.

CASE NO. CV 08 3325

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **Michael D. Leday**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes **x**   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: See trust account statement   Net: see trust account statement

Employer: Salinas Valley State Prison, P.O. Box 1050, Soledad California, 93960-1050

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Don't Know _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                          Yes ___ No _x_
10           self employment
11      b.   Income from stocks, bonds,                       Yes ___ No _x_
12           or royalties?
13      c.   Rent payments?                                   Yes ___ No _x_
14      d.   Pensions, annuities, or                          Yes ___ No _x_
15           life insurance payments?
16      e.   Federal or State welfare payments,               Yes ___ No _x_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.     Are you married?                                   Yes ___ No _x_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5 _____ None _____

6 _____

7  5.   Do you own or are you buying a home?         Yes ____ No _x__

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?                    Yes ____ No _x__

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.   Do you have a bank account?  Yes ____ No _x__ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s):  $ _____

17 Do you own any cash?  Yes ____ No _x__  Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ____ No _x__

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ _N/A_____ Utilities: _____N/A_____

23 Food: $ _N/A_____ Clothing: _____N/A_____

24 Charge Accounts:

25 Name of Account        Monthly Payment        Total Owed on This Acct.

26 _____       $ _____       $ _____

27 _____       $ _____       $ _____

28 _____       $ _____       $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____None_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _x_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  07/ 3 /08                        [signature]
17     DATE                          SIGNATURE OF APPLICANT
18                                   [signature]
19                                   SIGNATURE OF JAILHOUSE LAWYER
                                     WHO AIDED APPLICANT IN THIS FORM
20                                   (JOSEPH NICHOLS /JAILHOUSE LAWYER)