

MICHAEL LEDAY,J-38351 D7-212
SALINAS VALLEY STATE PRISON
P.O.BOX 1050,SOLEDAD CA.
93960-1050

July 31,2008

FILED
AUG 05 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: EARLY SETTLEMENT PROGRAM

To: Clerk of the United State District Court for the Northern District of California.

Dear Clerk,I have a lawsuit pending,Case Number CV-08-3325 (PR)(PJH).Could you provide me with the Forms for the "Pro Se Prisoner Early Settlement Program"affiliated with Department of corrections.

Dated: 7/31/08

Respectfully Submitted

Mikal LeDay

MIKAL LEDAY D7-212 ,C-38351
SALINAS VALLEY STATE PRISON
P.O.BOX 1050,SOLEDAD CA.
93960-1050

SAN JOSE CA 951
01 AUG 2008 PM 2 T




TO: UNITED STATES NORTHERN DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO,CA. 94102-3483

LEGAL MAIL

STATE PRISON
GENERATED MAIL

7/31/08