FILED
MAR 26 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. LEDAY,

    Plaintiff,

    v.

I.S.U.; T. VARIZ; Correctional Officer GARCIA; JOHN DOES 1-5; Lt. PEREZ; Sgt. SULLIVAN; and I.S.U. Sergeant,

    Defendants.

No. C 08-3325 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights action filed pro se by a state prisoner. Plaintiff was granted leave to proceed in forma pauperis and ordered to pay an initial partial filing fee of $45.20 within thirty days. Plaintiff's motion to reconsider the amount of the initial fee was granted and the amount was reduced to ten dollars. Plaintiff was warned that the case would be dismissed if he did not pay either the full filing fee or the initial partial fee within the time allowed.

    Despite the reduction, plaintiff has not paid the filing fee or the initial partial filing fee, and the time to do so has long since expired. This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: March 26, 2010.

                                PHYLLIS J. HAMILTON
                                United States District Judge

G:\PRO-SE\PJH\CR.08\LEDAY3325.DSM.wpd